JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Ho, | ) SACV 17-00330 JVS (GJSx) |
|                 Plaintiff, | ) ORDER OF DISMISSAL UPON |
|    v. | ) SETTLEMENT OF CASE |
| 2801 Olympic LLC, | ) |
|               Defendant(s). | ) |
| _____ ) | |

      The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:    July 7, 2017

                                      _____
                                    James V. Selna
                              United States District Judge